**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GEORGE H. SPERRY and
DONNA J. SPERRY,
Husband and Wife,

MARLENE ROSE,

DONN MOLL,

ROBERT S. VELLIKY,

CAROL BENDER,

      Plaintiffs,

vs.

KIA MOTORS AMERICA, INC., a foreign
Corporation doing business in Michigan,
KIA MOTORS CORPORATION, a foreign
Corporation doing business in Michigan,

      Defendants.

Case No. 05-60251

Honorable John Corbett O'Meara

Magistrate Judge Morgan

---

| | |
|---|---|
| Keith T, Murphy (P29864)<br>Attorney for Plaintiffs<br>6140 Dixie Highway<br>Clarkston, Michigan  48346-3409<br>(248) 623-2332 | Peter M. Kellett (P34345)<br>Kyle R. Dufrane (P58809)<br>Attorneys for Kia Motors America, Inc.<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>Detroit, MI  48243<br>(313) 568-6668 or(313) 568-6529 |

### ORDER GRANTING DEFENDANT KIA MOTOR AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT

      This matter having come before the Court upon Motion by Defendant Kia Motors America, Inc. ("KMA"), a Hearing having been convened, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that, for the reasons set forth on the record on February 2, 2006, Defendant Kia Motors America, Inc.'s Motion for Summary Judgment be, and hereby is, GRANTED and that Kia Motors America, Inc. is DISMISSED from this action with prejudice;

IT IS FURTHER ORDERED that, for the reasons set forth on the record on February 2, 2006, Kia Motors America, Inc. recover from Plaintiffs reasonable attorney fees in the amount of $600.00, incurred by KMA for its counsel's attendance at the February 2, 2006 Hearing on the Motion for Summary Judgment.

s/John Corbett O'Meara

John Corbett O'Meara
United States District Judge

Dated: February 5, 2006