UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE H. SPERRY and DONNA J. SPERRY, Husband and Wife, MARLENE ROSE, DONN MOLL, ROBERT S. VELLIKY, CAROL BENDER, | Case No. 05-60251 |
| Plaintiffs, | Honorable John Corbett O'Meara |
| vs. | Magistrate Judge Morgan |
| KIA MOTORS CORPORATION, | |
| Defendants. | |

| | |
|---|---|
| Keith T. Murphy (P29864) | Peter M. Kellett (P34345) |
| Attorney for Plaintiffs | Kyle R. Dufrane (P58809) |
| 6140 Dixie Highway | Attorneys for Kia Motors Corporation |
| Clarkston, Michigan  48346-3409 | Dykema Gossett PLLC |
| (248) 623-2332 | 400 Renaissance Center |
| | Detroit, MI 48243 |
| | (313) 568-6668 or (313) 568-6529 |

***EX PARTE* ORDER GRANTING DEFENDANT KIA MOTORS CORPORATION ADDITIONAL TIME TO FILE AFFIDAVITS IN SUPPORT OF ITS MOTION TO QUASH SERVICE AND DISMISS PLAINTIFFS' AMENDED COMPLAINT**

This matter having come before the Court upon request made by Kia Motors Corporation pursuant to Local Rule 7.1(f); the request having been made in Defendant Kia Motors Corporation's Motion to Quash Service and Dismiss Plaintiffs' Amended Complaint; Kia Motors Corporation requiring additional time in which to file necessary affidavits in support of their Motion; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Kia Motors Corporation's request for additional time be, and hereby is, GRANTED and that Kia Motors Corporation shall file affidavits in support of its Motion to Quash Service and Dismiss Plaintiffs' Amended Complaint on or before May 22, 2006.

s/John Corbett O'Meara
John Corbett O'Meara

United States District Judge

Dated:  May 15, 2006